UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| RENARDO ARTEZ MITCHELL, | Case No. 3:22-cv-01155-CL |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| MULTNOMAH COUNTY DEPUTY SHERIFFS *et al.*, | |
| Defendants. | |

CLARKE, Magistrate Judge.

The Court GRANTS Plaintiff's motion to voluntarily dismiss this action (ECF No. 40) filed on December 4, 2023, and ORDERS that this action is DISMISSED without prejudice. All pending motions are DENIED AS MOOT.

IT IS SO ORDERED.

DATED this __6__ day of December, 2023.

_____
MARK D. CLARKE
United States Magistrate Judge

1– ORDER OF DISMISSAL